UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-10184-MCS-AJR** | Date | February 10, 2026 |
| Title | ***Rivera v. Contemporary Info. Corp.*** | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DISMISSING ACTION (JS-6)**


The parties represent they have settled the dispute between them. (Notice of Settlement, ECF No. 19.) The Court **ORDERS** that the action be **DISMISSED WITHOUT PREJUDICE**. All hearings and deadlines are **VACATED**. The Court retains jurisdiction to vacate this Order and reopen the action within 45 days upon a request supported by a showing of good cause why the settlement cannot be completed within the 45-day period, explaining what further settlement processes are necessary and when the party or parties making the request reasonably expect the process to be concluded.

This Order does not preclude the filing of a stipulation of dismissal with prejudice, which does not require the approval of the Court. Fed. R. Civ. P. 41(a)(1)(A). Such a stipulation shall be filed within 45 days unless otherwise ordered by the Court pursuant to a stipulation of the parties supported by good cause.

The parties ask the Court to retain jurisdiction over settlement enforcement. (Notice of Settlement 1.) Federal courts have no inherent power to enforce settlement agreements after dismissal. *See Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 378 (1994). "[E]nforcement of the settlement agreement is for

state courts, unless there is some independent basis for federal jurisdiction." *Id.* at 382. Absent an extraordinary showing of good cause, the Court will not exercise its discretion to retain jurisdiction over the settlement. *See Ogbuehi v. Comcast of Cal./Colo./Fla./Or., Inc.*, 303 F.R.D. 337, 351 (E.D. Cal. 2014) (observing that courts have discretion to decline jurisdiction to enforce a settlement agreement).

**IT IS SO ORDERED.**